ORIGINAL



Adam Bereki
818 Spirit
Costa Mesa, California [92626]
949.241.6693
abereki@gmail.com
In Propria Persona

# United States District Court
## Central District of California

| | |
|---|---|
| Adam Bereki, a man<br><br>                  Plaintiff<br>vs.<br><br>Gary Humphreys, a man;<br><br>Karen Humphreys, a woman;<br><br>                  Defendants | Case No.: 8:19–CV–02050 (CBM)(ADS)<br><br>NOTICE<br><br>CHALLENGE TO THE CONSTITUTIONALITY OF STATE STATUTES |

1

# NOTICE

To all parties and the Court:

Pursuant to the notice requirements of Federal Rules of Civil Procedure, Rule 5.1, you are hereby notified the following statutes of the California Business & Professions Codes are being Constitutionally challenged: §7031(a), §7031(b), and §7071.17. Refer to Plaintiffs First Amended Verified Complaint for a complete brief on the issues.

Sincerely,

*[signature]* 11/14/19

Adam Bereki

# PROOF OF SERVICE

I hereby certify that I served a copy of the NOTICE: CHALLENGE TO THE CONSTITUTIONALITY OF STATE STATUTES upon the following parties on November 18, 2019:

Via First Class Mail and email to wbissell@wgb-law.com

William Bissell
Attorney for Defendants
Karen and Gary Humphreys
14 Corporate Plaza Ste. 120
Newport Beach, CA 92660

Via Certified Mail
7018 2290 0000 0497 1743

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013–1230

_____
Adam Bereki

11/14/19
Date

Adam Bereki
818 Spirit
Costa Mesa, California 92626

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT
BY

First St. Courthouse
Attn: Yolanda Skipper
351 W. 1st St. Ste 4311
Los Angeles, CA 90012-4565

90012-311154